UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
**ENTERED**
December 11, 2015
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | L-15-MJ-1755-01 |
| FRANCISCO LOPEZ<br>TN: FRANCISCO OMAR LOPEZ | § | |

### ORDER

The Court, having considered "Pretrial Services Report" received **December 8, 2015**, is of the opinion and hereby orders that the defendant's bond set at $75,000.00, cash or surety, be modified to a **$75,000.00** bond, with a **$500.00** cash deposit and one co-surety, along with the additional bond conditions as set out by Pretrial Services.

SIGNED, this 10th day of December, 2015.

_____
J. SCOTT HACKER
United States Magistrate Judge

JSH/cr